A CERTIFIED TRUE COPY

OCT 15 2007

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 27 2007

FILED
CLERK'S OFFICE

United States Courts
Southern District of Texas
FILED

OCT 24 2007

Michael N. Milby, Clerk of Court

# UNITED STATES JUDICIAL PANEL
# on
# MULTIDISTRICT LITIGATION

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-5)

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 77 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

OCT 15 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Attest to True Copy
DAVID A. DIMARZIO
By [signature]
Deputy Clerk

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

## SCHEDULE CTO-5 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND EASE NUMBER |
|---|---|---|
| FLORIDA MIDDLE | | |
| FLM 5 07-360 | Clara M. Lord, et al. v. Davol, Inc., et al. | CA 07-1932 |
| FLM 8 07-1645 | Clarissa Mahr v. Town & Country Hospital, LP, et al. | CA 07-1933 |
| ILLINOIS SOUTHERN | | |
| ILS 3 07-642 | Jeff Boggs v. Davol, Inc., et al. | CA 07-1934 |
| LOUISIANA WESTERN | | |
| LAW 3 07-1461 | Amy Leanne Barlow, et al. v. Davol, Inc., et al. | CA 07-1935 |
| MINNESOTA | | |
| MN 0 07-4006 | Kevin Eisenschenk v. Davol, Inc., et al. | CA 07-1936 |
| NEW YORK SOUTHERN | | |
| NYS 1 07-7934 | Scott Hadley Smith v. C.R. Bard, Inc., et al. | CA 07-1937 |
| OKLAHOMA WESTERN | | |
| OKW 5 07-964 | Maria Chaparro v. Dr. Baolien Nguyen Tu, et al. | CA 07-1938 |
| TEXAS EASTERN | | |
| TXE 6 07-436 | Robyn Perkins, et al. v. C.R. Bard, Inc., et al. | CA 07-1939 |
| TEXAS SOUTHERN | | |
| TXS 3 07-470 | Juan Ramos v. Davol, Inc., et al. | CA 07-1940 |
| TXS 4 07-2919 | Clifford L. Sanford v. Davol, Inc., et al. | CA 07-1941 |

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED COUNSEL LIST (CTO-5)**

Samuel J. Abate, Jr.
Pepper Hamilton, LLP
420 Lexington Avenue
Suite 2320
New York, NY 10170-2399

David Willis Alexander
1989 Kingston Cove
League City, TX 77573

Alexander Alvarez
Alvarez Law Firm
355 Palermo Avenue
Coral Gables, FL 33134

David R. Buchanan
Seeger Weiss, LLP
One William Street
10th Floor
New York, NY 10004

Jessica L. Dickerson
Eldridge Cooper Steichen & Leach, PLLC
P.O. Box 3566
Tulsa, OK 74101-3566

Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street, NW
9th Floor
Washington, DC 20005

Travis M. Holley
P.O. Drawer 590
Bastrop, LA 71220

Dan L. Holloway
Holloway, Bethea & Osenbaugh, PLLC
3035 Northwest 63rd
Suite 102 North
Oklahoma City, OK 73116

Glen D. Huff
Foliart, Huff, Ottaway & Bottom
The Bank of Oklahoma Plaza,
12th Floor
201 Robert S. Kerr Avenue
Oklahoma City, OK 73102

James B. Irwin, V
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130

Jason Aron Itkin
Arnold & Itkin, LLP
5 Houston Center
1401 McKinney Street
Suite 2550
Houston, TX 77010

Charles H Johnson
Charles H. Johnson & Associates, PA
2599 Mississippi Street
New Brighton, MN 55112

John M. Kvartek
Clark, Partington, Hart, Larry, Bond & Stackhouse
125 W. Romano Street
Suite 800
P.O. Box 13010
Pensacola, FL 32591-3010

Chris M. Limberopoulos
Limberopoulos & Steingold
400 N. Ashley Drive
Suite 2150
Tampa, FL 33602

D. Mitchell McFarland
Harrison, Bettis, Staff, McFarland & Weems
500 Dallas Street
Suite 2600
Houston, TX 77002

Lesley Stine
Saieva, Rousselle & Stine, P.A.
601 West Swann Avenue
Suite B
Tampa, FL 33606

Kevin K. Trout
Heron, Sweet, Fox & Trout, PC
2601 N.W. Expressway
Suite 707W
Oklahoma City, OK 73112

Linda Turley
Law Offices of Windle Turley, PC
6440 North Central Expressway
1000 Turley Law Center
Dallas, TX 75206

Edward A. Wallace
Wexler Toriseva Wallace, LLP
55 West Monroe Street
Suite 3300
Chicago, IL 60603

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED JUDGES LIST (CTO-5)**

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Federal Building & US Courthouse
Box 11
207 Northwest Second Street
Ocala, FL 34475

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. J. Phil Gilbert
U.S. District Judge
U.S. Courthouse
301 West Main Street
Benton, IL 62812-1362

Hon. Robert G. James
U.S. District Judge
U.S. District Court
P.O. Drawer 3107
Monroe, LA 71201-3107

Hon. Samuel B. Kent
U.S. District Judge
613 U.S. Courthouse
601 25th Street
Galveston, TX 77550

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Louis L. Stanton
Senior U.S. District Judge
2250 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Stephen P. Friot
U.S. District Judge
3102 U.S. Courthouse
200 Northwest Fourth Street
Oklahoma City, OK 73102-3092

Hon. Michael H. Schneider
U.S. District Judge
100 William M. Steger Federal Building &
U.S. Courthouse
211 West Ferguson Street
Tyler, TX 75701

Hon. Kenneth M. Hoyt
U.S. District Judge
11144 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED CLERKS LIST (CTO-5)**

Sheryl L. Loesch, Clerk
U.S. District Court
207 NW Second Street
Ocala, FL 34475

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202

Robert H. Shemwell, Clerk
Post Office Drawer 3087
Monroe, LA 71201-3087

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

David J. Maland, Clerk
106 Federal Building
211 W. Ferguson Street
Tyler, TX 75702

Michael N. Milby, Clerk
P.O. Box 2300
Galveston, TX 77553-2300

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010