CLOSED, MDL, STAYED, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07-cv-02919

Sanford v. Davol, Inc. et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Kenneth M. Hoyt
Lead case: 4:07-cv-02002
Member case: (View Member Case)
Case in other court: Kenneth M. Hoyt, 4:07-cv-02002
Cause: No cause code entered

Date Filed: 09/11/2007
Date Terminated: 10/11/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Clifford L. Sanford** represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832-372-2926
Fax: 281-538-6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **D Mitchell McFarland**
Harrison Bettis et al
500 Dallas Street
Ste 2600
Houston, Tx 77002
713-843-7900
Fax: 713-843-7901
Email:
mitch.mcfarland@harrisonbettis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard, Inc.** represented by **D Mitchell McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 09/11/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3020045) filed by Clifford L. Sanford. (Attachments: # 1 Civil Cover Sheet Sanford, Clifford L.)(Alexander, David) (Entered: 09/11/2007) |
| 09/12/2007 | 2 | ORDER for Initial Pretrial and Scheduling Conference by Telephone and Order to Disclose Interested Persons. Telephone Conference set for 12/10/2007 at 04:15 PM by telephone before Judge Kenneth M. Hoyt. ( Signed by Judge Kenneth M. Hoyt ) Parties notified.(smurdock, ) (Entered: 09/12/2007) |
| 09/18/2007 | | Summons Issued as to Davol, Inc., filed.(bthomas, ) (Entered: 09/18/2007) |
| 09/18/2007 | | Summons Issued as to C. R. Bard, Inc., filed.(bthomas, ) (Entered: 09/18/2007) |
| 09/25/2007 | 3 | First CERTIFICATE OF INTERESTED PARTIES by Clifford L. Sanford, filed.(Alexander, David) (Entered: 09/25/2007) |
| 10/04/2007 | 4 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 9/24/2007, answer due 10/15/2007, filed.(tcampbell, ) (Entered: 10/04/2007) |
| 10/04/2007 | 5 | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 9/24/2007, answer due 10/15/2007, filed.(nochsner, ) (Entered: 10/04/2007) |
| 10/10/2007 | 6 | Unopposed MOTION to Stay *Proceedings Pending Transfer to Federal MDL* by all defendants, filed. Motion Docket Date 10/30/2007. (Attachments: # 1 Exhibit 1# 2 Proposed Order Unopposed Motion for Stay of Proceedings-Xfer to MDL)(McFarland, D) (Entered: 10/10/2007) |
| 10/11/2007 | 7 | ORDER STAYING CASE granting 6 Unopposed MOTION to Stay *Proceedings Pending Transfer to Federal MDL 1842* District of Rhode Island.( Signed by Judge Kenneth M. Hoyt ) Parties notified.(kmurphy, ) (Entered: 10/11/2007) |
| 10/24/2007 | 8 | JPML CONDITIONAL TRANSFER ORDER (5) (certified copy) transferring case to USDC District of Rhode Island to be included in MDL Docket No. 1842. (jegonzalez, ) (Entered: 10/25/2007) |
| 10/24/2007 | | Interdistrict transfer to USDC District of Rhode Island. Certified copy of transfer order, certified docket sheet, and two copies of transfer letter (with a return envelope) sent by certified mail, filed. (jegonzalez, ) (Entered: 10/25/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/05/2007 11:02:22 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |

| | | | |
|---|---|---|---|
| **Description:** | Docket Report | **Search Criteria:** | 4:07-cv-02919 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |